

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
RAMI M. SALIM▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 6, 2025

**Via CM/ECF**
The Honorable Arun Subramanian
United States District Court
Southern District of New York

> GRANTED IN PART. Plaintiff may file his response on or before October 9, 2025. Plaintiff is reminded that future extension requests must be requested no fewer than two business days before the deadline in accordance with the Court's individual practices, not 4:30 p.m. of the same day, and should provide opposing counsel sufficient time to state any opposition. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 14.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: October 7, 2025

RE: *Mercedes v. Restaurant Management, Inc.*
Case No. 1:25-cv-05535-AS

Dear Judge Subramanian:

Plaintiff Luis Mercedes ("Plaintiff") respectfully requests a 14-day extension of time to file his response to the Motion to Dismiss (Dkt. 10), making the new deadline October 20, 2025. The current deadline for Plaintiff to file his response to the motion is today, October 6, 2025. This is the first request for an extension of this deadline submitted by Plaintiff, and it will not affect any other scheduled dates. Counsel for Defendant Restaurant Management, Inc. was notified of the request prior to filing.

Thank you for your Honor's considerations.

Respectfully Submitted,

/s/ Rami Salim
Rami Salim, Esq.
*Attorney for Plaintiff*