

**PERILLO HILL**

*Lilia Factor, Esq.*
*lfactor@perillohill.com*

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 18.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 27, 2026

February 26, 2026

Hon. Arun Subramanian, US District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

      Re: *Mercedes v. Restaurant Management, Inc.*, Case No. 1:25-cv-05535
         Letter motion, on consent, for stay of discovery

Dear Judge Subramanian:

      We represent the defendant, Restaurant Management, Inc., in the above-captioned matter. This is a request, on consent of all parties, to stay discovery in this action pending a determination of defendant's Motion to Dismiss, which was fully briefed and submitted on October 16, 2025 ("Motion").   In view of the dispositive nature of the Motion, and to mitigate costs for all parties, Plaintiffs and Defendant request that all deadlines contained in the So Ordered Civil Case Management Plan and Scheduling Order filed on October 2, 2025 (Doc. No. 13) be extended to dates subsequent to the determination of the Motion.

      All parties agree to the requested stay, such that no party would be prejudiced thereby. If a stay is granted and this action is not dismissed as a result of the Motion, the parties will submit a new proposed scheduling order for the Court's consideration.

                       Respectfully submitted,

                       Perillo Hill LLP
                       *Attorneys for Defendant*

                       *Lilia Factor*
                       Lilia Factor, Esq.

cc: (via ECF)
    Rami Salim, Esq.
    Stein Saks PLLC
    *Attorneys for Plaintiffs*