**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
 LUIS MERCEDES,

                              Plaintiff,

       -against-                                   25 **CIVIL** 5535 (AS)

                                        **JUDGMENT**

RESTAURANT MANAGEMENT INC.,

                             Defendant.
---------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated May 4, 2026, RM's motion to dismiss for lack of

standing is GRANTED. All claims are DISMISSED WITHOUT PREJUDICE for lack of

subject-matter jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

      May 5, 2026

                                       **TAMMI M. HELLWIG**

                                       _____

                                         **Clerk of Court**

            **BY:**

                                         _____

                                         **Deputy Clerk**